JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAEWOONG GLOBAL INC., a South Korean Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MACY'S, INC., a Delaware Corporation; MACYS.COM, LLC, an Ohio Limited Liability Company; AMAZON.COM, INC., a Delaware Corporation; CALVIN KLEIN, INC., a New York Corporation; G-III APPAREL GROUP, LTD., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01166-MWF-PVC<br>Hon. Michael W. Fitzgerald<br><br>[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE |

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Daewoong Global, Inc.'s action against Defendants Macy's, Inc., Macys.com, LLC, Amazon.com, Inc., Calvin Klein, Inc., and G-III Apparel Group, Ltd. are dismissed with prejudice. Each party will be responsible for its own attorneys' fees and costs.

Dated: September 29, 2022

*/s/ Michael W. Fitzgerald*
Hon. Michael W. Fitzgerald
United States District Judge